UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/HB) |
| This Document Relates To:<br>DPP and CIIPP Actions | **ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT SEABOARD CORPORATION WITHOUT PREJUDICE** |
| | Civil No. 19-2723 (JRT/HB) |
| COMMONWEALTH OF PUERTO RICO,<br>      Plaintiff,<br>v.<br>AGRI STATS, ET AL.,<br>      Defendants. | |
| | Civil No. 19-1578 (JRT/HB) |
| WINN-DIXIE STORES, INC., AND<br>BI-LO HOLDINGS, LLC,<br>      Plaintiffs,<br>v.<br>AGRI STATS, ET AL.,<br>      Defendants. | |

This matter came before the undersigned on the parties' Stipulation for Dismissal of Defendant Seaboard Corporation Without Prejudice. Based on all the files, records, and proceedings herein **IT IS HEREBY ORDERED** that the parties' Stipulation is **GRANTED** as follows:

- 2 -

1.  The Direct Purchaser Plaintiffs' Third Amended Complaint [*Pork* ECF No. 431] is **DISMISSED WITHOUT PREJUDICE** as to Seaboard Corporation.

2.  The Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Complaint [*Pork* ECF No. 432] is **DISMISSED WITHOUT PREJUDICE** as to Seaboard Corporation.

3.  The Commonwealth of Puerto Rico's Third Amended Complaint [*Puerto Rico* ECF No. 103] is **DISMISSED WITHOUT PREJUDICE** as to Seaboard Corporation.

4.  Winn-Dixie Stores, Inc.'s and Bi-Lo Holdings, LLC's Second Amended Complaint [*Winn-Dixie* ECF No. 94] is **DISMISSED WITHOUT PREJUDICE** as to Seaboard Corporation.

DATED:  December 17, 2020  
at Minneapolis, Minnesota

s/John R. Tunheim  
JOHN R. TUNHEIM  
Chief Judge  
United States District Court